UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

MICHAEL ACOSTA

          Plaintiff(s)      :    **JUDGMENT**

(vs)

                                                       Civil #09-01776 (RBK)

BAYSIDE STATE PRISON, ET AL.

          Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on March 16, 2011, and no timely objection having been filed,

IT IS, on this 25th day of May, 2011

ORDERED that the report of Hon. John Bissell dated March 16, 2011 is hereby affirmed and Judgment of No Cause for Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Michael Acosta.**

                                          HON. ROBERT B. KUGLER, U.S.D.J.